UNITED STATES OF AMERICA

        Plaintiff,

                                     Case No. 20-cr-162-pp

    v.

IRWIN SOSA,

        Defendant

## ORDER GRANTING IN PART AND ODERING THE DOCUMENTS AT DKT. NO. 398 TO REMAIN SEALED FOR TEN DAYS

On April 14, 2026, the defendant filed a motion asking the court to seal the document at Dkt. No. 398 (which contains several sentencing support letters from family). The basis for the motion is that "the referenced filings include letters from the defendant's family, including juveniles, and addresses of family members." Dkt. No. 397.

There is no rule authorizing the court to seal or restrict a letter solely because it is from family. There *is* a rule that puts the onus on the filing party to protect the names of minors and the home addresses of individuals. Fed. R. Crim. P. 49.1(a) states that '[u]nless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, *the name of an individual known to be a minor*, a financial-account number, or *the home address of an individual*, a party or nonparty making the filing may include

1

only . . . (3) the minor's initials; . . . and (5) the city and state of the home address.' (Emphasis added.) Under this rule, it is the *defendant's* responsibility to appropriately redact the names of any minors (replacing them with initials) and any home addresses (replacing them with the city and state only).

Rather than granting the defendant's motion to seal all of the letters, the court will order the letters to remain sealed for ten days from the date of this order, to give the defendant time to submit a redacted copy. If the defendant files redacted letters by the end of that ten-day period, the clerk's office will docket those letters and leave the unredacted copies at Dkt. No. 398 under seal. If the defendant does not provide redacted copies by the end of the ten-day period, the clerk's office will unseal the letters filed at Dkt. No. 398.

The court **GRANTS IN PART** the defendant's motion to seal. Dkt. No. 397. The court **ORDERS** that the documents at Dkt. No. 398 will remain **SEALED** for a period of ten days following the date of this order. If, by the end of that ten-day period, the defendant has filed redacted copies of the letters at Dkt. No. 398, the clerk's office must maintain the documents at Dkt. No. 398 under seal. If, by the end of that ten-day period, the defendant has *not* filed redacted copies of the letters at Dkt. No. 398, the clerk must unseal Dkt. No. 398 on the next business day.

Dated in Milwaukee, Wisconsin this 20th day of April, 2026.

BY THE COURT:

_____
HON. PAMELA PEPPER
**Chief United States District Judge**

2